AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Jennifer T. Julian | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:21-cv-00718-O-BP |
| | ) |
| Louis De Jay | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Louis De Jay, Postmaster General United States Postal Service (Southern Area) Agency

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Jennifer T. Julian (pro se)
P.O. Box 124
Scotland , TX 76379

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 08/06/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:21-cv-00718-O-BP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____ .

☐   I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐   I returned the summons unexecuted because _____ ; or

☐   other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Jennifer T. Julian | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:21-cv-00718-O-BP |
|  | ) |
| Louis De Jay | ) |
| *Defendant* | ) |

**Summons in a Civil Action**

**TO:** Louis De Jay, Postmaster General United States Postal Service (Southern Area) Agency

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 801 Cherry Street, Suite 1700,Fort Worth, TX 76102-6897)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer T. Julian (pro se)
P.O. Box 124
Scotland , TX 76379

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 08/06/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-00718-O-BP

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐   I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐   I returned the summons unexecuted because _____ ; or

☐   other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Jennifer T. Julian | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:21-cv-00718-O-BP |
| | ) | |
| Louis De Jay | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Louis De Jay, Postmaster General United States Postal Service (Southern Area) Agency

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Jennifer T. Julian (pro se)
  P.O. Box 124
  Scotland , TX 76379

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 08/06/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No.  4:21-cv-00718-O-BP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because  _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: