IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER T. JULIAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00718-O-BP |
| | § | |
| LOUIS DEJOY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. It is therefore **ORDERED** that the Court **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 30) and **DISMISSES** Plaintiff's claims **with prejudice**.

**SO ORDERED** on this 30th day of August, 2023.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE